UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                          :
DENISE CRUMWELL, ON BEHALF OF                             :
HERSELF AND ALL OTHER PERSONS                             :
SIMILARLY SITUATED,                                       :
                                                          :   No.: 1:24-cv-8524
                   Plaintiffs,                            :
                                                          :   **NOTICE OF VOLUNTARY**
                   v.                                     :   **DISMISSAL**
                                                          :
BRILLIANCE LLC,                                           :
                                                          :
                   Defendant.                             :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

Plaintiff(s), DENISE CRUMWELL, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and

without fees and costs against Defendant, BRILLIANCE LLC.


Dated:    New York, New York
          Jan.17, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge